# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2019

159754

*In re* JANSSEN, Minors.

SC: 159754
COA: 344614
Livingston CC Family Div:
15-015159-NA

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

_____/

On order of the Court, the application for leave to appeal the May 16, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2019

b0723

Clerk